M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD I. DREITZER, an individual, | CASE NO.: 2:24-CV-00093 |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO REMAND** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; MCKAYLA SHANNON WEST, an individual; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through counsel of record, Renee M. Finch, Esq., of the law firm MESSNER REEVES LLP, and Plaintiff RICHARD I. DREITZER ("Plaintiff"), by and through counsel of record, Donald P. Paradiso, Esq., of the law firm LADAH LAW FIRM, hereby stipulate and agree as follows:

1. On November 21, 2023, Plaintiff filed his Complaint against Defendant in the Eighth Judicial District Court, County of Clark, State of Nevada, Case Number **A-23-882017-C**.

2. On January 11, 2024, Defendant removed this matter to this Court from the Eighth Judicial District Court, County of Clark, State of Nevada, where it was pending under Case Number **A-23-882017-C**.



3. Upon discussion between counsel for the parties, the parties hereby agree to remand this matter back to the Eighth Judicial District Court, County of Clark, State of Nevada, under Case Number **A-23-882017-C**.

4. The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs incurred with respect to and/or as a result of the removal and subsequent remand of this action pursuant to this Stipulation and Order.

DATED this 18th day of January 2024.           DATED this 18th day of January 2024.

**MESSNER REEVES LLP**                          **LADAH LAW FIRM**

 /s/ Renee M. Finch                              /s/ Donald P. Pardiso
M. CALEB MEYER, ESQ.                            RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 13379                            Nevada Bar No. 11405
RENEE M. FINCH, ESQ.                            DONALD P. PARADISO, ESQ.
Nevada Bar No. 13118                            Nevada Bar No. 12845
8945 W. Russell Road, Suite 300                 517 S. Third St.
Las Vegas, NV 89148                             Las Vegas, Nevada 89101
*Attorneys for Defendant State Farm Mutual*     *Attorneys for Plaintiff*
*Automobile Insurance Company*

**IT IS SO ORDERED**.

DATED this  22  day of   January  , 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| **From:** | Donald Paradiso |
| **To:** | Megan Wessel |
| **Cc:** | Rhonda Onorato; Kim Shonfeld; Renee Finch |
| **Subject:** | Re: Dreitzer v State Farm |
| **Date:** | Thursday, January 18, 2024 3:58:52 PM |

**[ EXTERNAL EMAIL ]**

Thank you, you may apply my e-signature.

**From:** Megan Wessel <MWessel@messner.com>
**Sent:** Thursday, January 18, 2024 3:42:09 PM
**To:** Donald Paradiso <Donald@ladahlaw.com>
**Cc:** Rhonda Onorato <ROnorato@messner.com>; Kim Shonfeld <kshonfeld@messner.com>; Renee Finch <rfinch@messner.com>
**Subject:** RE: Dreitzer v State Farm

Thank you, Don. I have attached the proposed SAO for your review. Please let us know if we may affix your e-signature and file.

**MEGAN WESSEL**
Attorney
**Messner Reeves LLP**
**O:** 702.363.5100 **E:** mwessel@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**From:** Donald Paradiso <Donald@ladahlaw.com>
**Sent:** Thursday, January 18, 2024 1:28 PM
**To:** Megan Wessel <MWessel@messner.com>
**Cc:** Rhonda Onorato <ROnorato@messner.com>; Kim Shonfeld <kshonfeld@messner.com>; Renee Finch <rfinch@messner.com>
**Subject:** RE: Dreitzer v State Farm

**[ EXTERNAL EMAIL ]**

Hi Megan – Thank you for catching this.  Yes, we will stipulate to remand the case back to the EJDC. Please including in the stipulation that each party will bear their own fees and costs.

I will review and approve my e-sig.

Thank you!

**Donald P. Paradiso, Esq.**



**Ladah Law Building ■ 517 South Third Street ■ Las Vegas, Nevada 89101**
**702.252.0055 (p) ■ 702.248.0055 (f) ■ www.ladahlaw.com**

The information in this e-mail is ATTORNEY PRIVILEGED AND CONFIDENTIAL, intended solely for use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**From:** Megan Wessel <MWessel@messner.com>
**Sent:** Thursday, January 18, 2024 12:29 PM
**To:** Donald Paradiso <Donald@ladahlaw.com>
**Cc:** Rhonda Onorato <ROnorato@messner.com>; Kim Shonfeld <kshonfeld@messner.com>; Renee Finch <rfinch@messner.com>
**Subject:** Dreitzer v State Farm

Hi Don,

I just left a voicemail for you on this one. It looks like this matter was removed but I see there is a resident Defendant. The court indicated a stipulation to remand would suffice to move this back. Please let me know if you are on board with that plan and I will draft the SAO asap. I appreciate it in advance.

Thank you,
Megan


**MEGAN WESSEL**
Attorney
**O:** 702.363.5100 **E:** mwessel@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.